UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § § | |
| DOLGACH, JOE | § § § | Case No. 07-71726 |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 07/19/2007. The undersigned trustee was appointed on 07/20/2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 96,734.89 |
| Funds were disbursed in the following amounts: | | |
| Administrative expenses | | 0.00 |
| Payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 96,734.89 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 09/15/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,031.80 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,031.80 , for a total compensation of $ 5,031.80 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/05/2010            By:/s/DANIEL M. DONAHUE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 07-71726 | MLB | Judge: MANUEL BARBOSA |
| --- | --- | --- | --- |
| Case Name: | DOLGACH, JOE | | |
| For Period Ending: | 10/05/10 | | |

| Trustee Name: | DANIEL M. DONAHUE |
| --- | --- |
| Date Filed (f) or Converted (c): | 07/19/07 (f) |
| 341(a) Meeting Date: | 08/16/07 |
| Claims Bar Date: | 09/15/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Security Deposit | 1,470.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5. Books and pictures | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. Stocks - Wash Around the Clock | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 1989 GMC pickup | 1,150.00 | 0.00 | DA | 0.00 | FA |
| 9. 1996 Ford E350 cube van | 3,555.00 | 0.00 | DA | 0.00 | FA |
| 10. 1997 Pontiac Grand AM | 2,155.00 | 0.00 | DA | 0.00 | FA |
| 11. 2001 Dodge Durango | 9,410.00 | 0.00 | DA | 0.00 | FA |
| 12. 2003 Ford E350 cube van | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Computer and fax | 75.00 | 0.00 | DA | 0.00 | FA |
| 14. Annuity (u) | 0.00 | 96,727.33 | | 96,727.33 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.56 | Unknown |
| TOTALS (Excluding Unknown Values) | $32,335.00 | $96,727.33 | | $96,734.89 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/10    Current Projected Date of Final Report (TFR): 01/01/11

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| | |
|---|---|
| Case No. | 07-71726 -MLB |
| Case Name: | DOLGACH, JOE |
| Taxpayer ID No | ******0950 |
| For Period Ending | 10/05/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1774 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/10 | 14 | GENWORTH LIFE AND ANNUITY INSURANCE CO. POB 6158 LYNCHBURG, VA 24505-6158 | Annuity Payout | 1229-000 | 96,727.33 | | 96,727.33 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.58 | | 96,730.91 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.98 | | 96,734.89 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 96,734.89 | 0.00 | 96,734.89 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 96,734.89 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 96,734.89 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******1774 | 96,734.89 | 0.00 | 96,734.89 |
| | 96,734.89 | 0.00 | 96,734.89 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      96,734.89      0.00

Ver 15.20

LFORM24  UST Form 101-7-TFR (9/1/2009) (Page 4)

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 07-71726 | | Page 1 | | Date: October 05, 2010 | |
| Debtor Name: DOLGACH, JOE | | Claim Class Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $4,754.00 | $0.00 | $4,754.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $102.83 | $0.00 | $102.83 |
| 000003B 058 5800-00 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-425 Chicago, Illinois 60601 | Priority | | $1,954.21 | $0.00 | $1,954.21 |
| 000006 051 5100-00 | Debra Del Boccio Anderson & Assoc PC 400 S County Farm Rd Ste 120 Wheaton, Il 60187 | Priority | | $19,273.47 | $0.00 | $19,273.47 |
| 999 8200-00 | JOE DOLGACH PO BOX 68333 SCHAUMBURG, IL 60168-0333 | Unsecured | | $53,916.94 | $0.00 | $53,916.94 |
| 000001 070 7100-00 | Robert M Kaplan, Esq Kelley, Kelley & Kelley 1535 W. Schaumburg Rd., Suite 204 Schaumburg, IL 60194-4052 | Unsecured | | $1,127.50 | $0.00 | $1,127.50 |
| 000002 070 7100-00 | AmeriCredit Financial Services, Inc. PO Box 183853 Arlington, TX 76096 | Unsecured | | $6,744.00 | $0.00 | $6,744.00 |
| 000003A 070 7100-00 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-425 Chicago, Illinois 60601 | Unsecured | | $84.00 | $0.00 | $84.00 |
| 000004 070 7100-00 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | Unsecured | | $870.21 | $0.00 | $870.21 |
| 000005 070 7100-00 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | Unsecured | | $462.72 | $0.00 | $462.72 |
| 000007 070 7100-00 | Creditors Discount & Audit Co POB 213 Streator, IL 61364 | Unsecured | | $1,323.20 | $0.00 | $1,323.20 |

## EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 07-71726 | | Page 2 | | Date: October 05, 2010 |
| Debtor Name: DOLGACH, JOE | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | High PSI LTD<br>Attn: Tim<br>75 N. Brandon Dr.<br>Glendale Heights, IL 60139 | Unsecured | | $3,245.44 | $0.00 | $3,245.44 |
| | Case Totals: | | | $93,858.52 | $0.00 | $93,858.52 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-71726
Case Name: DOLGACH, JOE
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 5,031.80 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 4,754.00 | $ 102.83 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 21,227.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003B | Illinois Department of Revenue | $ 1,954.21 | $ 2,270.61 |
| 000006 | Debra Del Boccio | $ 19,273.47 | $ 22,393.98 |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,113.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 116.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Robert M Kaplan, Esq | $ 1,127.50 | $ 1,310.05 |
| 000003A | Illinois Department of Revenue | $ 84.00 | $ 97.60 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | eCAST Settlement Corporation assignee of | $870.21 | $1,011.11 |
| 000005 | eCAST Settlement Corporation assignee of | $462.72 | $537.64 |
| 000007 | Creditors Discount & Audit Co | $1,323.20 | $1,537.43 |
| 000008 | High PSI LTD | $3,245.44 | $3,770.90 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
| --- | --- | --- | --- |
| ______ | ______ | $______ | $______ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 53,916.94 .

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| <u>Trustee's Attorney</u> | | | | |
| McGreevy Williams | *Fees* | $0.00 | $4,754.00 | $4,754.00 |
| | *Expenses* | $0.00 | $102.83 | $102.83 |
| <u>Trustee's Accountants</u> | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| <u>Other Professionals</u> | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $4,754.00 | $4,754.00 |
| | *Expenses* | $0.00 | $102.83 | $102.83 |
| | | $0.00 | $4,856.83 | $4,856.83 |

**Exhibit G**