# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOLGACH, JOE | § | Case No. 07-71726 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/01/2010 in Courtroom 115,
        United States Courthouse
        211 S. Court St.
        Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: /s/ Daniel M. Donahue
                                                              Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                            §
                                  §
DOLGACH, JOE                      §    Case No. 07-71726
                                  §
          Debtor(s)               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 96,734.89 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 96,734.89 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 5,031.80 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 4,754.00 | $ 102.83 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 21,227.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003B | Illinois Department of Revenue | $ 1,954.21 | $ 2,270.61 |
| 000006 | Debra Del Boccio | $ 19,273.47 | $ 22,393.98 |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,113.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 116.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Robert M Kaplan, Esq | $ 1,127.50 | $ 1,310.05 |
| 000003A | Illinois Department of Revenue | $ 84.00 | $ 97.60 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | eCAST Settlement Corporation assignee of | $ 870.21 | $ 1,011.11 |
| 000005 | eCAST Settlement Corporation assignee of | $ 462.72 | $ 537.64 |
| 000007 | Creditors Discount & Audit Co | $ 1,323.20 | $ 1,537.43 |
| 000008 | High PSI LTD | $ 3,245.44 | $ 3,770.90 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 53,916.94 .

Prepared By: /s/Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2                   Date Rcvd: Oct 07, 2010
Case: 07-71726                Form ID: pdf006             Total Noticed: 45

The following entities were noticed by first class mail on Oct 09, 2010.
db           +Joe Dolgach,    PO Box 68333,    Schaumburg, IL 60168-0333
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty          +Kenneth J Chapman,    Law Office of Kenneth J. Chapman,    1901 N. Roselle Road,    Suite 800,
               Schaumburg, IL 60195-3186
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
11492933    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit,     801 Cherry St Ste 3900,    Fort Worth, TX  76102)
11523415    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit,     PO Box 183853,    Arlington, TX 76096)
12345843    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,     PO Box 183853,
               Arlington, TX 76096)
11492931      Alexian Brothers Medical Center,    Lock Box 22589,    22589 Network Place,
               Chicago, IL  60673-0333
11492932     +American General Finan,    160 E Golf Rd Ste 10,    Schaumburg, IL 60173-3726
11492934     +Anderson & Associates PC,    1701 E. Woodfield Rd., Suite 1050,    Schaumburg, IL 60173-5141
11492935     +Blatt, Hasenmiller, Leibsker & Moore,    125 S. Wacker Dr., Suite 400,    Chicago, IL 60606-4440
11492936     +Bur Col Reco,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
11786681     +Bureau of Collection Recovery Inc,    Po Box 9001,    Minnentonka, MN 55345-9001
11492937     +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
11492938      Capital One,    PO Box 60024,    City Of Industry, CA  91716-0024
11786679     +Cardiovascular Assoc,    Dept 20 1027,    POB 5940,    Carol Stream, IL 60197-5940
11492939     +Cda/pontiac,    415 E Main Pob 213,    Streator, IL 61364-0213
11786680     +Creditors Discount & Audit Co,    POB 213,    Streator, IL 61364-0213
12417265     +Debra Del Boccio,    Anderson & Assoc PC,    400 S County Farm Rd  Ste 120,
               Wheaton, Il 60187-4547
11492940      Department Of The Treasury,    Internal Revenue Service,    ACS Support - Stop 813G,
               Cincinnati, OH  45250-5566
11492929     +Dolgach Joe,    8 Westminster Ct,    Lake In The Hills, IL 60156-5538
11786677     +Elk Grove Radiology SC,    75 Remittance Dr Ste 6500,    Chicago, IL 60675-6500
11493536     +Ford Motor Credit Company,    Commercial Lease Service Center,    PO Box 239850,
               Las Vegas, NV 89105-9850
11492942     +Ford Motor Credit Company,    Commercial Lease Service Center,    PO Box 239850,
               Las Vgas, NV 89105-9850
11492943     +Fox Valley Orthopaedic Institute,    Cosport,    2525 Kaneville Road,    Geneva, IL 60134-2578
11492945      HSBC Card Services,    PO Box 17051,    Baltimore, MD  21297-1051
11492946      HSBC Card Services,    PO Box 88000,    Baltimore, MD  21288-0001
11492944     +High PSI LTD,    Attn: Tim,    75 N. Brandon Dr.,    Glendale Heights, IL 60139-2024
11786675     +ICP of IL,    POB 92934,    Los Angeles, CA 90009-2934
12392490    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
               100 West Randolph Street  Level 7-425,    Chicago, Illinois 60601)
11492948     +Il Dept Of Healthcare,    509 S 6th St,    Springfield, IL 62701-1825
11492949      Illinois Department Of Revenue,    Springfield, IL  62719-0001
11492930     +Law Office Of Kenneth J Chapman,    1901 N Roselle Rd Suite 800,    Schaumburg, IL 60195-3186
11492951      Linebarger Goggan Blair &,    Sampson, LLP,    35946 Eagle Way,    Chicago, IL  60678-1359
11492952      MEA Elk Grove LLC,    PO Box 87904,    Dept 2049,    Carol Stream, IL  60188-7904
11786673     +Merchants Credit Guide Co,    223 W Jackson Blvd,    Chicago, IL 60606-6993
11786674     +Occu-Sport Physical Therapy,    PO Box 2427,    Orland Park, IL 60462-1089
11492954     +Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
11786671     +Radiological Consultants,    9410 Compubill Dr,    Orland Park, IL 60462-2627
11492950     +Robert M Kaplan, Esq,    Kelley, Kelley & Kelley,    1535 W. Schaumburg Rd., Suite 204,
               Schaumburg, IL 60194-4042
11786672     +St Alexius Medical Center,    21219 Network Place,    Chicago, IL 60673-0001
11492956     +W. Del Boccio,    5416 Greatpine Ct.,    Jackson, FL 32244-6219
12394839      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Oct 07, 2010.
11492953     +E-mail/Text: tjordan@mcscol.com                             Medical Collections Sy,
               725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
11492955      E-mail/Text: ebn@phinsolutions.com                           Plaza  Associates,   JAF Station,
               PO Box 2769,    New York, NY  10116-2769
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
12395192*     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
11492941    ##Dependon Collection Services, Inc,    PO Box 6074,    River Forest, IL  60305-6074
11786678    ##+Harris & Harris Ltd,    600 W Jackson Ste 400,    Chicago, IL 60661-5675
11492947    ##+Hsbc Nv,    Po Box 19360,    Portland, OR 97280-0360
11786676    ##+IL Collection Services Inc,    POB 646,    Oak Lawn, IL 60454-0646
                                                                                   TOTALS: 0, * 2, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cbachman           Page 2 of 2            Date Rcvd: Oct 07, 2010
Case: 07-71726                Form ID: pdf006          Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2010**              **Signature:**    _Joseph Speetjens_