UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DOLGACH, JOE § Case No. 07-71726
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOE DOLGACH |  |  |  |
| JOE DOLGACH |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICREDIT FINANCIAL SERVICES, INC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | DEBRA DEL BOCCIO | | | | | |
| | DEBRA DEL BOCCIO | | | | | |
| 000003B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CREDITORS DISCOUNT & AUDIT CO | | | | | |
| 000004 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000005 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000008 | HIGH PSI LTD | | | | | |
| | HIGH PSI LTD | | | | | |
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ROBERT M KAPLAN, ESQ | | | | | |
| | CREDITORS DISCOUNT & AUDIT CO | | | | | |
| | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| | ROBERT M KAPLAN, ESQ | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 07-71726 MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | DOLGACH, JOE | | Date Filed (f) or Converted (c): | 07/19/07 (f) |
| | | | 341(a) Meeting Date: | 08/16/07 |
| For Period Ending: | 06/22/11 | | Claims Bar Date: | 09/15/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Security Deposit | 1,470.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5. Books and pictures | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. Stocks - Wash Around the Clock | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 1989 GMC pickup | 1,150.00 | 0.00 | DA | 0.00 | FA |
| 9. 1996 Ford E350 cube van | 3,555.00 | 0.00 | DA | 0.00 | FA |
| 10. 1997 Pontiac Grand AM | 2,155.00 | 0.00 | DA | 0.00 | FA |
| 11. 2001 Dodge Durango | 9,410.00 | 0.00 | DA | 0.00 | FA |
| 12. 2003 Ford E350 cube van | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Computer and fax | 75.00 | 0.00 | DA | 0.00 | FA |
| 14. Annuity | 96,727.33 | 96,727.33 | | 96,727.33 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 11.93 | FA |
| TOTALS (Excluding Unknown Values) | $129,062.33 | $96,727.33 | | $96,739.26 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/10    Current Projected Date of Final Report (TFR): 01/01/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-71726 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | DOLGACH, JOE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1774  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0950 | | | |
| For Period Ending: | 06/22/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/10 | 14 | GENWORTH LIFE AND ANNUITY INSURANCE CO. POB 6158 LYNCHBURG, VA 24505-6158 | Annuity Payout | 1229-000 | 96,727.33 | | 96,727.33 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.58 | | 96,730.91 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.98 | | 96,734.89 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.10 | | 96,738.99 |
| 11/03/10 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 96,739.26 |
| 11/03/10 | | Transfer to Acct #*******3286 | Final Posting Transfer | 9999-000 | | 96,739.26 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 96,739.26 | 96,739.26 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 96,739.26 | |
| Subtotal | 96,739.26 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 96,739.26 | 0.00 | |

Page Subtotals  96,739.26  96,739.26

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-71726 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | DOLGACH, JOE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3286  GENERAL CHECKING |
| Taxpayer ID No: | *******0950 | | |
| For Period Ending: | 06/22/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/10 | | Transfer from Acct #*******1774 | Transfer In From MMA Account | 9999-000 | 96,739.26 | | 96,739.26 |
| 11/05/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 5,031.80 | 91,707.46 |
| 11/05/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,754.00 | 86,953.46 |
| 11/05/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 102.83 | 86,850.63 |
| * 11/05/10 | 000103 | Debra Del Boccio Anderson & Assoc PC 400 S County Farm Rd Ste 120 Wheaton, Il 60187 | Claim 000006, Payment 116.5% | | | 22,454.91 | 64,395.72 |
| | | | Claim       19,273.47 | 5100-003 | | | |
| | | | Interest      3,181.44 | 7990-003 | | | |
| 11/05/10 | 000104 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-425 Chicago, Illinois 60601 | Claim 000003B, Payment 116.5% | | | 2,276.79 | 62,118.93 |
| | | | Claim        1,954.21 | 5800-000 | | | |
| | | | Interest        322.58 | 7990-000 | | | |
| 11/05/10 | 000105 | Robert M Kaplan, Esq Kelley, Kelley & Kelley 1535 W. Schaumburg Rd., Suite 204 Schaumburg, IL 60194-4052 | Claim 000001, Payment 116.5% | | | 1,313.61 | 60,805.32 |
| | | | Claim        1,127.50 | 7100-000 | | | |
| | | | Interest        186.11 | 7990-000 | | | |
| 11/05/10 | 000106 | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-425 Chicago, Illinois 60601 | Claim 000003A, Payment 116.5% | | | 97.87 | 60,707.45 |

Page Subtotals          96,739.26          36,031.81

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-71726 -MLB |
| Case Name: | DOLGACH, JOE |
| Taxpayer ID No: | *******0950 |
| For Period Ending: | 06/22/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3286  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim           84.00 | 7100-000 | | | |
| | | | Interest          13.87 | 7990-000 | | | |
| 11/05/10 | 000107 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | Claim 000004, Payment 116.5% | | | 1,013.85 | 59,693.60 |
| | | | Claim          870.21 | 7100-000 | | | |
| | | | Interest         143.64 | 7990-000 | | | |
| 11/05/10 | 000108 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | Claim 000005, Payment 116.5% | | | 539.10 | 59,154.50 |
| | | | Claim          462.72 | 7100-000 | | | |
| | | | Interest          76.38 | 7990-000 | | | |
| 11/05/10 | 000109 | Creditors Discount & Audit Co POB 213 Streator, IL 61364 | Claim 000007, Payment 116.5% | | | 1,541.62 | 57,612.88 |
| | | | Claim        1,323.20 | 7100-000 | | | |
| | | | Interest         218.42 | 7990-000 | | | |
| * 11/05/10 | 000110 | High PSI LTD c/o Bellmore Partners, Inc. ATTN: Jeff Feigelson, Esq. 303 N. Towre Hill Rd. Wassaic, NY  12592 | Claim 000008, Payment 116.5% | | | 3,781.16 | 53,831.72 |
| | | | Claim        3,245.44 | 7100-003 | | | |
| | | | Interest         535.72 | 7990-003 | | | |
| 11/05/10 | 000111 | JOE DOLGACH PO BOX 68333 SCHAUMBURG, IL  60168-0333 | Surplus Funds | 8200-002 | | 53,831.72 | 0.00 |

Page Subtotals          0.00          60,707.45

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)**  *(Page: 10)*

FORM 2     Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 07-71726 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | DOLGACH, JOE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3286  GENERAL CHECKING |
| Taxpayer ID No: | *******0950 | | |
| For Period Ending: | 06/22/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 11/16/10 | 000110 | High PSI LTD<br>c/o Bellmore Partners, Inc.<br>ATTN: Jeff Feigelson, Esq.<br>303 N. Towre Hill Rd.<br>Wassaic, NY 12592 | Claim 000008, Payment 116.5% | | | -3,781.16 | 3,781.16 |
| | | | Claim     (     3,245.44 ) | 7100-003 | | | |
| | | | Interest     (     535.72) | 7990-003 | | | |
| 11/16/10 | 000112 | Bellmore Partners, Inc.<br>ATTN: Jeff Feigelson, Esq.<br>303 N. Towre Hill Rd.<br>Wassaic, NY 12592 | Claim 000008, Payment 116.5%<br>ASSIGNED TO: BELLMORE PARTNERS, INC. | 7100-000 | | 3,781.16 | 0.00 |
| * 03/01/11 | 000103 | Debra Del Boccio<br>Anderson & Assoc PC<br>400 S County Farm Rd Ste 120<br>Wheaton, Il 60187 | Claim 000006, Payment 116.5%<br>CHECK RETURNED BY CLAIMANT -<br>PAYMENTS WERE MADE OUTSIDE OF BK - TO<br>BE REISSUED FOR LESSER AMOUNT<br>PURSUANT TO COURT ORDER OF 2/28/11 | | | -22,454.91 | 22,454.91 |
| | | | Claim     (     19,273.47 ) | 5100-003 | | | |
| | | | Interest     (     3,181.44) | 7990-003 | | | |
| 03/01/11 | 000113 | Debra Del Boccio<br>c/o Anderson & Assoc PC<br>400 S. County Farm Rd. Ste. 120<br>Wheaton, IL 60187 | Claim 000006 - balance of claim | 5100-000 | | 5,449.95 | 17,004.96 |
| 03/01/11 | 000114 | MCGREEVY WILLIAMS, P.C. | Attorney Fees and Expenses | 3110-000 | | 500.00 | 16,504.96 |
| 03/01/11 | 000115 | JOE DOLGACH<br>PO BOX 68333<br>SCHAUMBURG, IL 60168-0333 | Surplus Funds | 8200-002 | | 16,504.96 | 0.00 |

Page Subtotals     0.00     0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-71726 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | DOLGACH, JOE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3286 GENERAL CHECKING |
| Taxpayer ID No: | *******0950 | | | |
| For Period Ending: | 06/22/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 96,739.26 | 96,739.26 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 96,739.26 | 0.00 | |
| | | | Subtotal | | 0.00 | 96,739.26 | |
| | | | Less: Payments to Debtors | | | 70,336.68 | |
| | | | Net | | 0.00 | 26,402.58 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********1774 | 96,739.26 | 0.00 | 0.00 |
| GENERAL CHECKING - ********3286 | 0.00 | 26,402.58 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 96,739.26 | 26,402.58 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00        0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)